PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOS MAVROKELOS,<br><br>Defendant. | CASE NO. 1:23-MJ-00086-EPG<br><br>ORDER TO UNSEAL CASE |

Good cause appearing due to the defendant's pending initial appearance in this Court, it is ordered that the Complaint and all other filings in this case be unsealed.

IT IS SO ORDERED.

Dated:  **November 17, 2023**

_____
UNITED STATES MAGISTRATE JUDGE